THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ALEXIS BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY, a corporation,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00126<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

 Defendant moved for dismissal of the action. By order dated September 7, 2021, the court granted the motion. The action is dismissed with prejudice. Each party shall bear its own costs and attorney fees. The Clerk of Court is directed to close the case.

 Signed September 7, 2021.

          BY THE COURT

          _____
          David Barlow
          United States District Judge